In the Matter of the Accounting of FREDERIC R. COUDERT et al., as Executors of JOHN J. HOFF, Deceased.

JAMES N. VAUGHAN, as Special Guardian of ALIX E. LABOUCHERE et al., Appellant; FREDERIC R. COUDERT et al., as Executors of JOHN J. HOFF, Deceased, et al., Respondents.

Argued October 1, 1946; decided October 17, 1946.

*Thomas W. Kelly* for respondents.

Order affirmed, with costs to the respondents payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.